# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| KERR MACHINE CO. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00200-ADA |
| | § | |
| VULCAN INDUSTRIAL HOLDINGS, LLC | § | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by zoom on **Thursday, March 25, 2021 at 03:30 PM**.

IT IS SO ORDERED this 25th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE